Whitford Brothers, Inc. v. Cannon

---

WHITFORD BROTHERS, INC. v. ROSS A. CANNON, LARRY M. CANNON AND A. E. CANNON, TRADING AS CANNON BOAT WORKS

No. 703SC28

(Filed 5 August 1970)

APPEAL by plaintiff from *Fountain, J.,* August 1969 Session, CARTERET Superior Court.

In this action plaintiff seeks to recover $36,000 in damages allegedly sustained by its 54-foot yacht as the result of a fire which occurred in the engine room of the vessel while in possession of defendants for purpose of being repaired. Issues of (1) negligence and (2) damage were submitted to the jury who answered the issue of negligence in the negative. From judgment in favor of defendants entered on the verdict, plaintiff appealed.

*Harvey Hamilton, Jr., for plaintiff appellant.*

*Wheatly & Mason by C. R. Wheatly, Jr., for defendant appellees.*

BRITT, J.

Plaintiff contends that the trial court erred in the admission of certain evidence offered by defendants, the rejection of cer-

tain evidence offered by plaintiff, and in its instructions to the jury. We have carefully reviewed the record, with particular reference to the assignments of error discussed in plaintiff's brief, but conclude that the trial was free from error that would warrant a new trial.

No Error.

BROCK and HEDRICK, JJ., concur.